UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN D. CONLEE,<br><br>            Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>            Defendant. | No.  2:12-CV-00388-VEB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.    Judgment is entered for Defendant.

DATED: March 31, 2014

                                      SEAN F. McAVOY
                                      Clerk of Court

                                      By:  *s/Pam Howard*
                                              Deputy Clerk